| Case No. | **CV 16-5241-DMG (ASx)** | Date | January 24, 2018 |
|---|---|---|---|

| Title | *Lori Delgado v. Millercoors, LLC, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of Plaintiff's notice of settlement, filed January 24, 2018, indicating that the case has settled in its entirety, this action is placed in inactive status.

By February 26, 2018 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of February 27, 2018.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Defendant MillerCoors, LLC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [Doc. # 35] is DENIED as moot.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.