# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI DELGADO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MILLERCOORS, LLC; TRACY SYDNOR, an individual and Does 1 through 100 Inclusive,<br><br>Defendants. | CASE NO.: CV 16-5241-DMG (ASx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [40]** |

Having reviewed and considered the Stipulation of Dismissal of Entire Action With Prejudice, IT IS HEREBY ORDERED that the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each bearing their own respective costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: February 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE